NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN CARL CRAMER,  )
                       )
      Appellant,  )
                       )
v.  )     Case No. 2D18-4581
                       )
STATE OF FLORIDA,  )
                       )
      Appellee.  )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

Brian Carl Cramer, pro se.

PER CURIAM.

      Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.